Gordon Scott **STATON,** Plaintiff–Appellant,

v.

Commonwealth of **VIRGINIA; UVA Police Department; District 9 Probation and Parole; Department of Corrections,** Defendants–Appellees.

No. 15–6011.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

Gordon Scott Staton, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gordon Scott Staton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice * under 28 U.S.C. § 1915A(b)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Staton's motion to appoint counsel and affirm

1993), orders dismissing actions without prejudice are generally final and appealable. *See Chao v. Rivendell Woods, Inc.,* 415 F.3d 342, 345 (4th Cir.2005).

for the reasons stated by the district court. *Staton v. Virginia,* No. 7:14–cv–00622–GEC (W.D.Va. Nov. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*